UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DENIS PASCUAL CHINCHILLA,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26-CV-697-CCB-SJF

ORDER

Immigration detainee Denis Pascual Chinchilla, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging that he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. On June 26, 2026, the Warden answered the petition, representing that Chinchilla would be removed to Honduras if he did not appeal the denial of his withholding of removal claim. ECF 6. Chinchilla did not file a reply to the petition, suggesting he might no longer be in immigration custody. Consequently, the court will order a supplemental status report as to Chinchilla's current location and removal status.

For these reasons, the court ORDERS the respondent to file a supplemental status report by **August 14, 2026**.

SO ORDERED on August 4, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge